08cv4263

DENLOW, TERMED, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01833
#### Internal Use Only

| | |
|---|---|
| Maestranzi v. Merck & Co., Inc. et al | Date Filed: 03/31/2008 |
| Assigned to: Honorable John W. Darrah | Date Terminated: 05/12/2008 |
| Demand: $75,000 | Jury Demand: Defendant |
| Case in other court: Circuit Court of Cook County, Law Division, 2008L003150 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**Alexa Maestranzi**            represented by **Kevin James O'shea**
Serpico, Petronsino & DiPiero Ltd.
61 West Superior Street
Chicago, IL 60610
(312) 787-1600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



V.

**Defendant**

**Merck & Co., Inc.**            represented by **Stephen G Strauss**
*a foreign Corporation*
Bryan Cave, LLP
211 North Broadway
Suite 3600
St. Louis, MO 63102
(314) 259-2700
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dmitry Shifrin**
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
312-602-5060
Fax: 312-698-7460

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY _[signature]_
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 5/16/08

Email: ddshifrin@bryancave.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2008 | 1 | NOTICE of Removal from Circuit Court of Cook County, Law Division, case number (2008L003150) filed by Merck & Co., Inc. with copy of complaint. Filing fee $ 350. (ca, ) (Entered: 04/01/2008) |
| 03/31/2008 | 2 | CIVIL Cover Sheet. (ca, ) (Entered: 04/01/2008) |
| 03/31/2008 | 3 | ATTORNEY Appearance for Defendant Merck & Co., Inc. by Dmitry Shifrin. (ca, ) (Entered: 04/01/2008) |
| 03/31/2008 | 4 | ATTORNEY Appearance for Defendant Merck & Co., Inc. by Stephen G Strauss. (ca, ) (Entered: 04/01/2008) |
| 03/31/2008 | 5 | (Court only) RECEIPT regarding payment of filing fee paid on 3/31/2008 in the amount of $350.00, receipt number 2655896. (ca, ) (Entered: 04/01/2008) |
| 04/01/2008 |  | MAILED Notice of Removal Letter with Attorney Appearance Form to Kevin James O'Shea. (ca, ) (Entered: 04/01/2008) |
| 04/01/2008 | 6 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Merck & Co., Inc.(Shifrin, Dmitry) (Entered: 04/01/2008) |
| 04/14/2008 | 7 | MINUTE entry before Judge Honorable John W. Darrah: A status hearing is scheduled for May 29, 2008, at 9:00 a.m.Mailed notice (gej, ) (Entered: 04/14/2008) |
| 05/12/2008 | 8 | LETTER from U.S. District Court, Southern District of New York dated 5/6/2008, requesting transfer. (gmr, ) (Entered: 05/16/2008) |
| 05/12/2008 | 9 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to USDC Southern District of New York. (gmr, ) (Entered: 05/16/2008) |
| 05/12/2008 |  | (Court only) ***Civil Case Terminated pursuant to MDL No. 06 MD 1789 Conditional Transfer Order filed 5/12/2008. (gmr, ) (Entered: 05/16/2008) |
| 05/16/2008 | 10 | TRANSFERRED to the Southern District of New York the original file, certified copy of MDL Transfer order, and docket sheet via certified mail number 7006 0100 0001 7313 3026. (gmr, ) (Entered: 05/16/2008) |
| 05/16/2008 |  | MAILED copy of transmittal letter to counsel of record. (gmr, ) (Entered: 05/16/2008) |