SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXA MAESTRANZI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No: 08 CV 4263 |
| MERCK & CO., INC., a foreign Corporation, | ) ) ) ) |
| Defendant. | ) |
| IN RE: | ) ) |
| FOSAMAX PRODUCTS LIABILITY LITIGATION | ) No: 1:06-MD-1789 (JFK) ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

ORDER

Upon the motion of Serpico, Petrosino & DiPiero, Ltd., attorneys for Plaintiff Alexa Maestranzi with said Certificate of Good Standing from a Federal District Court in support:
IT IS HEREBY ORDERED THAT

Applicant's Name: Kevin J. O'Shea
Firm Name: Serpico, Petrosino, & DiPiero, Ltd.
Address: 61 W Superior St., Chicago, IL 60610
Telephone/Fax: (312) 787-1600/(312) 787-9520
Email Address: kjoshea@snnlaw.com

Is admitted to practice pro hac vice as counsel for Alexa Maestranzi in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorney. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 6/23/08
City, State: N Y N Y

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Kevin James O'shea

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Kevin James O'shea was duly admitted to practice in said Court on (12/19/1984) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/16/2008 )

Michael W. Dobbins, Clerk,

By: David A. Jozwiak
Deputy Clerk